**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LEONARD LEON, MELISSA MARLENE
SANABIRA RODRIGUEZ, RAMON
SANTIAGO RODRIGUEZ TORRES,
MATTHEW PAUL SCHWERI and
DURIA R. RODRIGUEZ SCHWERI,

                  Plaintiffs,

v.                                         Case No:  6:20-cv-1227-Orl-40DCI

DISNEY DESTINATIONS, LLC,

                  Defendant.
_____/

## <u>ORDER</u>

       This cause comes before the Court on Plaintiffs' Notice of Voluntary Dismissal

Without Prejudice (Doc. 23), filed September 24, 2020. The dismissal is self-executing

pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc.*

*v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant are

**DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to terminate any pending

deadlines and close the file in this case.

       **DONE AND ORDERED** in Orlando, Florida on October 5, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties